UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against

06CR0670(CLB)

SHARF SALEEMUDDIN

ORDER ACCEPTING PLEA ALLOCUTION

BRIEANT, J.

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated, January 10, 2007 is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: February 2, 2007

SO ORDERED:

_____
CHARLES L. BRIEANT
UNITED STATES DISTRICT JUDGE